AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) |
| JUAN LORENZO-FELIPE | ) Case No. 8:22MJ84 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 1, 2022** in the county of **Douglas** in the
_____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Reentry of a removed alien |

This criminal complaint is based on these facts:

Affidavit

☑ Continued on the attached sheet.

LANCE E SMITH  *Digitally signed by LANCE E SMITH*
*Date: 2022.03.01 14:03:04 -06'00'*

*Complainant's signature*

LANCE E. SMITH, SA, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/2/2022

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>Juan LORENZO-FELIPE,<br><br>              Defendant. | AFFIDAVIT OF LANCE SMITH<br>IN SUPPORT OF A COMPLAINT |

Your Affiant, Lance E. Smith, being duly sworn, does depose and state:

1. I, Lance E. Smith, am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed with this agency since October 2014. HSI Agents are authorized to investigate violations found in Title 8, 18, 19 and Title 42 of the United States Code.

2. I am aware of the information set forth below through personal investigation, as well as discussions with other HSI investigators, and Enforcement and Removal Operations (ERO) Deportation Officers (DOs).

3. In February of 2022 Homeland Security Investigations (HSI) Omaha received investigative assistance from HSI Guatemala City. HSI Guatemala City has asked HSI Omaha for assistance in apprehending Juan LORENZO-FELIPE. LORENZO-FELIPE has a Red notice issued via Interpol, which list him as Armed and Dangerous and an Escape Risk. LORENZO-FELIPE is wanted in Guatemala for the crimes of Kidnapping/Illegal Imprisonment; Aggravated Theft; and Criminal Organization

       Association. FELIPE is among the 100 most wanted by the Guatemalan Security Authorities.

4. A query of NCIC found that Juan LORENZO-FELIPE, born on August 15, 1996, in Guatemala, maintains a criminal record that indicates he has violated federal law. (FBI # EFW0TVJWW). On 6/12/2018, LORENZO-FELIPE was convicted in Tucson, AZ, for violation of section 8 USC 1325, Alien Eluding Examination by Immigration Officers of the United States, a misdemeanor and sentenced to 2 days imprisonment. On 6/22/2018, LORENZO-FELIPE was removed to Guatemala via ICE AIR from Phoenix, AZ. LORENZO-FELIPE was assigned A# 215 637 342.

5. A query of the DHS Person Centric Query Service (PCQS) confirmed that file number A215 637 342 is assigned to Juan LORENZO-FELIPE, a citizen of Guatemala, born on August 15, 1996. File number A215 637 342 is stored at the National Records Center. The file was requested by Omaha ERO on 2/24/2022.

6. SA Smith reviewed the documents for A file 215 637 342 that was scanned and sent to him via email by ERO and found that LORENZO-FELIPE was the subject of a Notice and Order of Expedited Removal on June 11, 2019, in Mesa, AZ. The removal was verified by an I-860, Noticed to Alien Ordered Removed/Departure Verification. The review also shows an executed I-294, Warning to Alien Ordered Removed or Deported, advising LORENZO FELIPE of the consequences of returning to the United States after being removed/deported without first receiving permission from the Secretary of the Department of Homeland Security Department.

7. LORENZO-FELIPE has no outstanding immigrations petitions on file. LORENZO-FELIPE has made no legal crossing into the United States.

8. HSI Guatemala provided an intelligence report that had a photograph that was posted to a Facebook account of LORENZO-FELIPE standing next to a Dodge Ram truck with Nebraska plates. The vehicle was registered to 4221 S. 41st Ave, Omaha, NE 68107.

9. On February 25, 2022, HSI and ERO conducted surveillance at 4221 S. 41st Ave, Omaha, NE 68107. Agents observed a Dodge Ram truck bearing NE Tag No: WWV 446, and Hyundai Elantra bearing NE Tag No: WPZ 631 parked in the driveway of the residence. Both vehicles were found to be registered to Juan LORENZO-FELIPE.

10. On the same day (2/25/2022), agents observed a white in color box van park in front of the residence, agents observed a Hispanic male exit the front door of the 41st Ave residence and enter the passenger side of the van. Agents followed the van and observed it travel to Home Depot located at 12710 L Street, Omaha. Agents observed the white van momentarily park at the front entrance of Home Depot as the Hispanic male in the front passenger seat exit the van and walk into Home Depot. The Hispanic male was seen wearing a marron sweater with a camouflaged jacket. Agents went inside Home Depot and located the Hispanic male that was seen exiting the van. Agents were able to positively identify the Hispanic male being Juan LORENZO-FELIPE from previous booking photographs captured.

11. On March 1, 2022, ERO DOs followed LORENZO-FELIPE from his residence on 41st Ave, after observing him leave with his brother in a Blue in Color Nissan Versa, the vehicle was observed arriving at their suspected employment location (American

Arborist) located at 6942 N. 9th Circle, Omaha, NE. ERO DOs were able to positively identify LORENZO-FELIPE exiting the vehicle. LORENZO-FELIPE was observed numerous times walking from the work garage to the Blue Nissan Versa. A short time later LORENZO-FELIPE was again observed exiting the work garage walking to the Blue Nissan Versa by himself. At that time ERO DOs approached LORENZO-FELIPE to attempt arrest. ERO DOs identified themselves as immigration officers. ERO DOs arrested and transported LORENZO-FELIPE to the Omaha ICE office for processing.

12. Biometrics were captured, the fingerprints matched those of Juan LORENZO-FELIPE to Department of Homeland Security (DHS) file number A215 637 342 and FBI number EFW0TVJWW.

13. Based on these facts, your Affiant has reason to believe that LORENZO-FELIPE is in violation of Title 8, United States Code, Section 1326(a) -Reentry of removed aliens.

I declare under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

LANCE E SMITH
Digitally signed by LANCE E SMITH
Date: 2022.03.01 14:03:30 -06'00'

Special Agent Lance E. Smith
Homeland Security Investigations

Sworn to before me by reliable electronic means:

Date: 03/02/2022

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge